# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ROBINHOOD DERIVATIVES, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>MARY JO FLAHERTY, in her official capacity as Interim Director of the New Jersey Division of Gaming Enforcement, et al.,<br><br>*Defendants*. | Civil Action No. 1:25-cv-14723 |

## [PROPOSED] ORDER GRANTING PLAINTIFF ROBINHOOD'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

On August ___, 2025, this Court heard Plaintiff Robinhood Derivatives, LLC's ("Robinhood") Motion for a Temporary Restraining Order and Preliminary Injunction against Defendants Mary Jo Flaherty, in her official capacity as the Interim Director of the New Jersey Division of Gaming Enforcement; New Jersey Division of Gaming Enforcement; and Matthew J. Platkin, in his official capacity as Attorney General of New Jersey (together, "Defendants").

Having considered the parties' briefs, the record in this matter, and the arguments of counsel, the Court finds that Robinhood meets all four requirements for the entry of its requested injunctive relief. *First*, Robinhood will likely be able to show that Defendants' threatened enforcement of New Jersey gambling laws is preempted by the Commodity Exchange Act and the Commodity Futures Trading Commission's regulations pursuant to the Supremacy Clause of the U.S. Constitution. *Second*, Robinhood is likely to suffer irreparable harm in the

absence of preliminary relief in light of the imminent threat of civil penalties and criminal prosecution, as well as irreparable harm in the form of harm to its reputation and loss of consumer goodwill.  *Third*, the balance of the equities tips in Robinhood's favor; Defendants would suffer little to no harm from entry of the injunction, but Robinhood would be irreparably damaged.  *Fourth*, the public interest favors entry of an injunction because there can be no public interest in enforcing preempted state law.

Accordingly, the Court GRANTS Plaintiff's Motion for a [Temporary Restraining Order / Preliminary Injunction].  It is hereby

ORDERED that Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them, are restrained and enjoined from enforcing against Robinhood N.J.S.A. § 5:12A-11, N.J. Const. art. IV, § 7, ¶ 2(D), and any other New Jersey law that attempts effectively to regulate Robinhood's involvement in transactions involving event contracts traded on a Commodity Futures Trading Commission-designated contract market.

This [temporary restraining order / preliminary injunction] shall take effect immediately and shall remain in effect until [the Court rules on Robinhood's application for a preliminary injunction / entry of judgment in this action] or further order of this Court.

3

**IT IS SO ORDERED.**

Dated: _____, 2025 at \_\_\_\_ a.m./p.m.

                                                Hon._____

                                                United States District Judge