UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBINHOOD DERIVATIVES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MARY JO FLAHERTY, et al.,<br><br>    Defendants. | Case No. 1:25-cv-14723-ESK-MJS<br><br>**CONSENT ORDER GRANTING PRELIMINARY RELIEF** |

Having considered the pending motion of Plaintiff Robinhood Derivatives, LLC (Robinhood) for an entry of a temporary restraining order and preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Civil Rule 65.1 against Defendants Mary Jo Flaherty, in her official capacity as Interim Director of the New Jersey Division of Gaming Enforcement, the New Jersey Division of Gaming Enforcement, and Matthew J. Platkin, in his official capacity as Attorney General of New Jersey (collectively, the "Defendants"), as well as the joint request of the parties for the entry of a consent order in this matter, the Court hereby **ORDERS** as follows:

1.     **ORDERED** that Defendants are preliminarily enjoined from pursuing civil or criminal enforcement actions against Robinhood for alleged violations

1

of N.J. Stat. Ann. § 5:12A-11 and N.J. Const. art. IV, § 7, ¶ 2(D) due to Robinhood's involvement in transactions of sports-related event contracts traded on KalshiEX LLC's designated contract market until further Order of this Court is issued following a decision by the Third Circuit resolving the interlocutory appeal of this Court's April 28, 2025 order in the matter *KalshiEX LLC v. Mary Jo Flaherty, et al.*, No. 1:25-CV-02152, (D.N.J. April 28, 2025); and it is further

2.   **ORDERED** that within thirty days of the Third Circuit's decision resolving the interlocutory appeal in *KalshiEX LLC v. Mary Jo Flaherty, et al.*, No. 25-1922, the parties shall submit a joint letter informing the Court of their respective opinions on whether that decision impacts this consent order; and it is further

3.   **ORDERED** that this matter is otherwise ADMINISTRATIVELY STAYED pending Order of this Court following the Third Circuit's *KalshiEX LLC* decision.

Date:  August 22, 2025                                  /s/ Edward S. Kiel
                                                        _____

                                                        The Honorable Edward S. Kiel
                                                        United States District Court Judge