THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBINHOOD DERIVATIVES, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>MARY JO FLAHERTY, in her official capacity as Interim Director of the New Jersey Division of Gaming Enforcement, et al.,<br><br>*Defendants*. | Civil Action No. 1:25-cv-14723 |

**PLAINTIFF ROBINHOOD'S NOTICE OF MOTION TO SEAL**

**TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on September 2, 2025, in the United States District Court for the District of New Jersey, before the Honorable Edward S. Kiel, Plaintiff Robinhood Derivatives, LLC ("Robinhood") will move this Court for an Order pursuant to Local Civil Rule 5.3 to seal (1) Robinhood's FCM Membership Agreement with KalshiEX, LLC, (2) Robinhood's FCM Clearing Member Agreement with Kalshi Klear LLC, and (3) Robinhood's March 28, 2025 letter to the New Jersey Division of Gaming Enforcement, which are Exhibits A, B, and F to the Declaration of James B. Mackenzie in Support of Plaintiff Robinhood's Motion for Temporary Restraining Order and Preliminary Injunction. (ECF Nos. 10-3, 10-4, and 10-8.)

This motion is based upon the Memorandum of Points and Authorities filed herewith and the Declaration of A. Ross Pearlson filed herewith along with its accompanying

2

exhibits, all matters with respect to which this Court may take judicial notice and such oral and documentary evidence as may be presented to the Court.

PLEASE TAKE FURTHER NOTICE that a Certification of Service and a Proposed Order granting this Motion are attached.

Respectfully submitted this 2nd day of September 2025.

DATED:  September 2, 2025

        Respectfully submitted,

        By:  */s/ A. Ross Pearlson*

**CHIESA SHAHINIAN & GIANTOMASI PC**
A. Ross Pearlson
rpearlson@csglaw.com
Patricia Bergamasco
pbergamasco@csglaw.com

105 Eisenhower Parkway
Roseland, NJ 07068
Telephone:  (973) 530-2100
Facsimile:  (973) 530-2300

**CRAVATH, SWAINE & MOORE LLP**
Kevin J. Orsini
korsini@cravath.com
Antony L. Ryan (*pro hac vice pending*)
aryan@cravath.com
Brittany L. Sukiennik (*pro hac vice pending*)
bsukiennik@cravath.com

375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

*Counsel for Plaintiff*
*Robinhood Derivatives, LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that, on September 2, 2025, I electronically filed the foregoing Notice of Motion To Seal, together with the Memorandum of Points and Authorities and Declaration of A. Ross Pearlson in support thereof and a proposed form of order, with the Clerk of the Court by using the Court's CM/ECF system, and accordingly served the parties who receive notice of the filing via the Court's CM/ECF system.

*/s/ A. Ross Pearlson*

A. Ross Pearlson